■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIUS WEIR, Appellant.— No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property, Located within the Block Bounded by East 165th Street, and Other Streets, in the Borough of The Bronx, Duly Selected as a Site for Public School 150. KATHERINE SCHERER, Respondent; FLORENCE RUSH, Appellant.— No opinion. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEM C. RANSOM, Appellant.— No opinion. Concur — Breitel, J. P., Rabin, McNally and Bergan, JJ.

■ MILTENBERG & SAMTON, INC., Respondent, v. WINKLER CREDIT CORPORATION, Appellant.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBIN STANISLOWSKI, Appellant.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LARNED, Appellant.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of ABRAHAM I. ROSNER, Appellant, v. TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of BERNARD P. MALONE, Petitioner, v. PETER J. REIDY, as Commissioner of the Department of Buildings of the City of New York, et al., Respondents.— No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Estate of ARDE BULOVA, Deceased. EMILY B. HENSHEL et al., as Executrices of ARDE BULOVA, Deceased et al.; ILEANA M. K. BULOVA.— Concur — Breitel, J. P., Stevens, Eager, Steuer and Noonan, JJ.